UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MASSIE,<br><br>              Plaintiff,<br><br>     v.<br><br>ELI LILLY AND COMPANY,<br><br>              Defendant. | Case No. 20-cv-05111-RS<br><br>**ORDER TO SHOW CAUSE** |

This is at least the second instance where plaintiff's counsel Christopher LoPalo, has filed a "short form complaint" purporting to incorporate a "master" complaint in *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*, 16-md-02691-RS ("the MDL") long after the time judgment was granted in favor of defendants in the MDL and the case was closed. Within 10 days of the date of this order, counsel is ordered to present any authority or argument he may have that it is permissible to continue filing new individual cases as part of an MDL in which judgment in favor of defendants has been entered.

**IT IS SO ORDERED**.

Dated: July 30, 2020

RICHARD SEEBORG
United States District Judge